NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURLENE HIGGINS,**
*Petitioner,*

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2012-3104

---

Petition for review of the Merit Systems Protection Board in case no. SF0831110572-I-1.

---

## ON MOTION

---

## ORDER

Purlene Higgins moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 29 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Purlene Higgins
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 29 2012

JAN HORBALY
CLERK